# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>EDEN GROW SOLUTIONS, INC., et al.,<br><br>       Defendants. | Case No. 1:23-cv-00806-JLT-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 23)<br><br>JANUARY 13, 2025 DEADLINE |

On November 8, 2024, the parties filed a notice of settlement, and the Court issued an order directing dispositional documents to be filed within thirty days. (ECF Nos. 21, 22.) On December 12, 2024, the parties filed a joint status report requesting an additional thirty days to file dispositional documents. (ECF No. 23.) For good cause shown, the Court grants the request and ORDERS that the parties shall have through January 13, 2025, to file dispositional documents. Any further request for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __December 13, 2024__

_____

STANLEY A. BOONE
United States Magistrate Judge